UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JUDGMENT IN A CIVIL CASE**

SCOTT A. HAMMONS,

      Plaintiff,

v.                                   Case No. 12-2028-JPO

UNIFIED GOVERNMENT OF WYANDOTTE
COUNTY/KANSAS CITY, KANSAS and
RICK ARMSTRONG,

      Defendants.

**(X)   JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( )   DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff take nothing, that the action be dismissed on the merits and that defendants, Unified Government of Wyandotte County/Kansas City, Kansas and Rick Armstrong, recover of plaintiff, Scott A. Hammons, their costs of action.

Dated: August 11, 2016

                                                 TIMOTHY M. O'BRIEN, CLERK

                                               s/ Kathleen L. Grant
                                               Kathleen L. Grant, Deputy Clerk